UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLORIA KLEIN,

    Plaintiff,

vs.                                  CASE NO.:

UNITED STATES OF AMERICA,
UNITED STATES POSTAL SERVICE
and DARLENE OLIVER

    Defendants.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, GLORIA KLEIN, by and through the undersigned attorneys, and sues the Defendants, UNITED STATES POSTAL SERVICE, and DARLENE OLIVER and alleges as follows:

## JURISDICTION

1. This action is brought pursuant to Federal Tort Claims Act, 28 U.S.C. §2671, and the Fourth and Fifth Amendments to the United States Constitution, 28 U.S.C. §1331 and §1346(b).

2. On May 20, 2019, Plaintiff submitted an Administrative Claim for the claim set forth below to the UNITED STATES POSTAL SERVICE.

3. Six months having elapsed, all conditions precedent to a Federal Tort Claims Act have been met.

4. Venue is properly within this District under 28 U.S.C. §1402(b) as the acts complained of occurred in the Middle District of Florida.

## PARTIES

5. At all times material hereto, Plaintiff, GLORIA KLEIN, was a resident of Lee County, Florida.

6. At all times material hereto, DARLENE OLIVER, was a resident of Lee County, Florida.

7. At all times material hereto, UNITED STATES POSTAL SERVICE was an independent establishment of the executive branch of the Government of the UNITED STATES OF AMERICA, lawfully created pursuant to 39 U.S.0. and providing postal services to the people of the United States.

8. Both the UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE are appropriate Defendants under the Federal Tort Claims Act.

## COUNT I AGAINST DARLENE OLIVER

9. At all times material hereto, DARLENE OLIVER, was driving a General Motors LLV-A, Florida license 1263649, with the vehicle identification number 1GBCS10A9N2901647, that was owned by the UNITED STATES POSTAL SERVICE.

10. At all times material hereto, DARLENE OLIVER, was providing said certain postal services in Cape Coral, Lee, County, Florida when she was driving the motor vehicle referenced in paragraph 9.

11. On or about December 18, 2018, Plaintiff, GLORIA KLEIN, was a riding her bicycle northbound on Pelican Boulevard in the bicycle lane, in Cape Coral, Lee County, Florida.

12. At that time and place DARLENE OLIVER negligently operated the motor

vehicle referenced in paragraph 9 so that it collided with the bicycle that Plaintiff, GLORIA KLEIN was riding.

## COUNT II AGAINST UNITED STATES POSTAL SERVICE

13. Plaintiff re-alleges and re-avers the allegations contained in paragraphs 1 through 8 above as if fully set forth herein.

14. At all times material hereto, DARLENE OLIVER, was an employee and/or agent of Defendant, UNITED STATES POSTAL SERVICE.

15. At all times material hereto, Defendant, UNITED STATES POSTAL SERVICE, was liable for injuries, damages and losses caused by DARLENE OLIVER.

16. At that time and place, DARLENE OLIVER, was operating the motor vehicle referenced in paragraph 9 within the scope of her agency and/or servitude of employment with Defendant, UNITED STATES POSTAL SERVICE.

17. At that time and place, DARLENE OLIVER, was operating the motor vehicle referenced in paragraph 9 with the express or implied consent of Defendant, UNITED STATES POSTAL SERVICE.

18. At all times material hereto, DARLENE OLIVER had a duty to operate the motor vehicle referenced in paragraph 9 in a safe, non-negligent manner.

19. At all times material hereto, DARLENE OLIVER breached this duty as alleged above.

20. Under Florida's doctrine of respondeat superior, Defendant, UNITED STATES POSTAL SERVICE, is liable for injuries, damages, and losses, caused by DARLENE OLIVER's negligence.

21. As a direct and proximate result of the DARLENE OLIVER's negligence,

Plaintiff, GLORIA KLEIN suffered bodily injury and resulting pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, and the loss of ability to earn money and expenses for medical care and treatment. The losses are either permanent or continuing and Plaintiff, GLORIA KLEIN, will continue to suffer the losses in the future.

WHEREFORE, Plaintiff, GLORIA KLEIN demands judgment for damages against Defendant, United States and the United States Postal Service, and trial by jury of all issues triable as of right by a jury.

DATED this 14th day of January, 2020.

>BERKE LAW FIRM, P.A.
>Attorney for Plaintiff(s)
>4423 Del Prado Boulevard S.
>Cape Coral, FL  33904
>(239) 549-6689
>billbberke@gmail.com
>
>BY: _____
>    Bill B. Berke
>    Florida Bar #558011